UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

15-cv-61780-Zloch/White

FILED by __AP__ D.C.

AUG 26 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

William Fredrick Matthews
(Write the full name of the plaintiff)

vs.

Scott Isreal; et. al, Browad
County Sheriffs Office,
Armor Correctional Medical
Services
(Write the full name of the defendant/s in this case)

cat / div  1983 / 550 / Broward
Case # _____
Judge _____ Mag Paw
Motn Ifp  YES   Fee pd $ NO
Receipt # _____

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: William Fredrick Matthews

Address: P.O. Box 407037 Ft. Lauderdale Fl. 33340

Inmate/Prison No.: 381401190   North Broward Bureau

Year of Birth: 1977   (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Scott Isreal   Defendant: Armor

Official Position: Broward County Sheriff   Official Position: Correctional Medical Services

Place of Employment: Broward County   Place of Employment: Broward County

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1. Scott Isreal is responible for the well-being and conditions of Broward County Jail.
2. Plaintiff fell injuring left leg on 8-6-14 due to inadequate shoes provided by Broward County jails.
3. Major overcrowding. Inmates sleeping on floor.
4. Civil Rights violated by the Sheriff's Department for pre-trial detainees
5. Armor did not properly assess my medical issue in a timely manner.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) I would like compensation for mental stress, physical problems, family mental anguish. (2) Continued proper medical care from outside Dr. paid for by the county. (3) I would like for Broward County Jail to give the inmates the proper items we deserve according to A.C.A. (ie...proper clothing we don't have to pay for, outside rec., ability to see out windows, etc..) not just deserve but are entitled to.

_____

_____

### IV. Jury Demand

Are you demanding a jury trial?    X Yes    ___ No

Signed this 12th day of August, 2015

_____
                                  Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: August 12th 2015

_____
                                  Signature of Plaintiff

Included is the original and 2 copies. I request the court to also send a copy of the Courts answer also t. William Matthews. In case of my release from custody.

P.O. Box 4833
Fort Lauderdale, Fl
33338

Also Armor is our medical staff. I was denied the name of person in charge. So I just placed Armor on the complaint.

Thank You,
Matthew W[signature]

William Matthews 38140190
P.O. Box 407037
Fort Lauderdale, Fl.
33340

Legal
Mail

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, Florida 33128-7716



US POSTAGE $001.145
AUG 20 2015
MAILED FROM ZIP CODE 33301